## SEAVER v. MOORE.

APPEAL by defendant from an order at special term denying a motion to vacate an order of arrest.

The action was brought by Alexander H. Seaver and another against George Moore, for goods sold defendant by plaintiff. The order of arrest was granted on an affidavit charging fraud by defendant in the transaction.

*George O. Emerson,* for appellant.

*Charles J. Guiteau,* for respondent.

DAVIS, P. J.

The order was affirmed on the ground that the decision of the court below was proper on the affidavits. No point of importance was passed upon.

*Order affirmed.*

---

## OSBORN v. KEECH.

*Judgment — on conflicting evidence sustained — Contract — claim on not barred by claimant's denial — Consideration.*

Where the evidence before the referee as to the value of services was conflicting, *held,* that the finding would be sustained where, after considering the whole evidence, the court could not say it was erroneous. *Bruyn* v. *Comstock,* 56 Barb. 9 ; *Foote* v. *Roberts,* 7 Robt. 17.

Where plaintiff had performed services for defendant at his request, and held a legal demand against defendant for their reasonable value, *held,* that a subsequent statement by plaintiff that he made no claim in respect thereto, founded on no consideration, was no defense to an action for such services. *Cole* v. *Sackett,* 1 Hill, 517; *Bunge* v. *Koop,* 48 N. Y. 225, and cases cited.

APPEAL by defendant from a judgment in favor of plaintiff entered upon the report of a referee.

The action was brought by Charles H. Osborn against Thomas Keech to recover for services.

*David McAdam,* for appellant.

*N. B. Sanborn* and *Oscar Smedberg,* for respondent.

LAWRENCE, J.

The head-note states fully the only questions passed upon in the opinion. *Judgment affirmed.*